[Stamp: CLERK U.S. ... NOV 20 2017 CENTRAL DISTRICT OF ...]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Adela Guerrero, <br><br> Defendant. | Case No.: MJ 17-2931 <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Eastern District/California** for alleged violation(s) of the terms and conditions of his (her) [probation] (supervised release); and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his (her) burden of establishing by clear and convincing evidence that he/(she) is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **no known bail resources, allegation of the**

violation petition that she left district w/out permission, possible mental-health issues

and/or

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: allegation of violation petition concerning domestic violence, possible mental-health issues, criminal history

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 11/20/2017

JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE